IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BARBARA D. MANESS,                )<br>                                             )<br>            Plaintiff,              )<br>                                             )<br>v.                                         )<br>                                             )<br>JO ANNE B. BARNHART,        )<br>Commissioner, Social Security )<br>Administration,                       )<br>                                             )<br>            Defendant.           ) | No. CIV-06-82-L |

## **O R D E R**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability insurance benefits under the Social Security Act. Pursuant to 28 U.S.C. § 636(b), this matter was referred to the Honorable Robert E. Bacharach for initial decision.  On July 28, 2006, Judge Bacharach issued a Report and Recommendation recommending that the Commissioner's decision be reversed and that this matter be remanded for further proceedings.

The court file reflects that no party objected to the Report and Recommendation within the time limits prescribed.  Having conducted a de novo review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety.  The decision of the Commissioner is therefore

REVERSED. This matter is REMANDED to the Commissioner for further proceedings. Judgment will issue accordingly.

It is so ordered this __24th__ day of August, 2006.

*/s/ Tim Leonard*
TIM LEONARD
United States District Judge